April 3, 1950.

*Per Curiam Decision.*

No. 657. Holmes et al. *v.* United States et al. Appeal from the United States District Court for the Southern District of New York. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *David M. Palley* for appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission; and *Harold J. Gallagher* and *Mark F. Hughes* for the Macon, Dublin & Savannah Railroad Co., appellees.

*Miscellaneous Order.*

No. 590. Pannell *v.* United States. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed on motion of counsel for the petitioner. *David Berger* and *Thomas D. McBride* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States. Reported below: 178 F. 2d 98.

*Certiorari Granted.*

No. 609. Gara *v.* United States. C. A. 6th Cir. Certiorari granted. *John W. MacDonald* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States. Briefs of *amici curiae* supporting petitioner were filed by *Claude C. Smith* and *Harold Evans* for the American Friends Service Committee, Inc., and *Cable M. Gibson* for the Ohio Pastors Convention.

*Certiorari Denied.*

No. 591. Croessant *v.* United States. C. A. 3d Cir. Certiorari denied. *David Berger, Thomas D. McBride*

and *William J. Duiker* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

No. 603. ECKERT-FAIR CONSTRUCTION Co. *v.* CAPITOL STEEL & IRON Co. C. A. 5th Cir. Certiorari denied. *J. N. Townsend, Jr.* for petitioner.

No. 606. LONDON GUARANTEE & ACCIDENT Co., LTD. ET AL. *v.* BEHRLE. Supreme Court of Rhode Island and Providence Plantations. Certiorari denied. *George A. Chadwick, Jr.* for petitioners. *Santi J. Paul* for respondent.

No. 611. SCHURINK *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *J. Edward Thornton* and *Vincent F. Kilborn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States; and *S. P. Gaillard, Jr.* for Alley et al., respondents.

No. 617. PENNSYLVANIA *v.* CURTIS PUBLISHING Co. Supreme Court of Pennsylvania. Certiorari denied. *T. McKeen Chidsey,* Attorney General of Pennsylvania, *David Fuss,* Deputy Attorney General, and *Harry F. Stambaugh* for petitioner. *William H. Wood, Charles W. Hull* and *Geo. Ross Hull* for respondent.

No. 642. KEYES *v.* MADSEN ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *W. Gwynn Gardiner* and *James M. Earnest* for petitioner. *Vernon E. West, Chester H. Gray* and *Milton D. Korman* for respondent.